**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:21-cv-23763-RAR

ANA RODRIGUEZ,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES, L.P.,

    Defendant.
_____/

## NOTICE OF MEDIATION

Plaintiff Ana Rodriguez and Defendant Resurgent Capital Services, L.P. (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of **Barbara Locke**, to mediate this matter. Mediation has been scheduled for **10:00 a.m.** on **January 22, 2022** via remote video conference, e.g., Zoom.

DATED: November 17, 2021

                                                  Respectfully Submitted,

                                                 /s/ Thomas J. Patti
                                                **JIBRAEL S. HINDI, ESQ.**
                                                Florida Bar No.: 118259
                                                E-mail:  jibrael@jibraellaw.com
                                                **THOMAS J. PATTI, ESQ.**
                                                Florida Bar No.: 118377
                                                E-mail:  tom@jibraellaw.com
                                                The Law Offices of Jibrael S. Hindi
                                                110 SE 6th Street, Suite 1744
                                                Fort Lauderdale, Florida 33301
                                                Phone:  954-907-1136
                                                Fax:  855-529-9540

                                                *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 17, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377